United States District Court
Southern District of Texas
**ENTERED**
April 25, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Charles Doucet § | |
| § | |
| v.  § | C.A. No. 4:16-CV-1001 |
| § | |
| Union Pacific Railroad Company, § | |
| Brian McGavock, John Huddleston, and § | |
| Jason Jenkins § | |

### Order of Dismissal with Prejudice

On this day came on to be considered Plaintiff's Notice of Dismissal with Prejudice. The Court having considered the matter is of the opinion that Plaintiff's suit should be dismissed with prejudice as to all Defendants.

IT IS HEREBY ORDERED that Plaintiff's suit is hereby dismissed with prejudice as to all Defendants.

SIGNED at Houston, Texas, this the 25th day of April, 2016.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE